BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH TRAMAGLINO<br> xxx-xx-0217<br><br>         Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SSA<br><br>         Defendant. | Case No.   15-374 KJN<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION** |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended from August 6, 2015, to September 17, 2015, with all other deadlines extended accordingly.  This extension is required due to counsel's crowded briefing schedule and scheduled time out of the office.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:   August 6, 2015 | */s/Bess M. Brewer*<br>BESS M. BREWER |
| 3 | | Attorney at Law |
| 4 | | Attorney for Plaintiff |
| 5 | | |
| 6 | | |
| 7 | Dated: August 6, 2015 | Benjamin B. Wagner<br>United States Attorney |
| 8 | | Deborah Lee Stachel |
| 9 | | Acting Regional Chief Counsel, Region IX<br>Social Security Administration |
| 10 | | /s/ <u>Esther Kim</u> |
| 11 | | ESTHER KIM |
| 12 | | Special Assistant United States Attorney<br>Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

Dated:   August 10, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2