BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STATCHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
ESTHER KIM
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8922
    Facsimile: (415) 744-0134
    E-Mail: Esther.H.Kim@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH TRAMAGLINO,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:15-cv-0374- KJN<br><br>**STIPULATION FOR EXTENSION** |

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Defendant has 30 additional days to respond to Plaintiff's Motion for Summary Judgment. Defendant's Counsel requests this extension due to her unusually large workload with several merit briefs due this month along with ongoing litigation in other areas. Upon issuance of this order, Defendant will have until December 14, 2015 to file her cross-motion for summary judgment.

    This is the Commissioner's first extension request.

1

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: November 10, 2015 | BENJAMIN B. WAGNER<br>United States Attorney<br>DEBORAH LEE STACHEL<br>Acting Regional Chief Counsel, Region IX<br>Social Security Administration |
| | By: /s/ Esther Kim<br>Esther Kim<br>Special Assistant U.S. Attorney<br>Attorneys for Defendant |
| Dated: November 11, 2015 | /s/Bess M. Brewer<br>Bess Brewer<br>(as authorized via email)<br>Attorney at Law<br>Attorney for Plaintiff |

ORDER

APPROVED AND SO ORDERED:

Dated:  11/16/15

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE