1  BESS M. BREWER, #100364
   LAW OFFICE OF BESS M. BREWER
2  P.O. Box 5088
   Sacramento, CA 95817
3  Telephone: (916) 385-7517

4  Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH TRAMAGLINO<br>xxx-xx-0217<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SSA<br><br>Defendant. | Case No.   15-374 KJN<br><br>STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING PLAINTIFF'S TIME TO FILE REPLY BRIEF |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file his reply brief is hereby extended from January 4, 2016, to January 20, 2016, with all other deadlines extended accordingly.  This extension is required due to counsel's briefing schedule and need to complete an older brief due the same day.

////

////

////

1

Dated: January 4, 2016

/s/Bess M. Brewer
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff

Dated: January 4, 2016

Benjamin B. Wagner
United States Attorney

Deborah Lee Stachel
Acting Regional Chief Counsel, Region IX
Social Security Administration

/s/ Daniel Talbert
DANIEL TALBERT
Special Assistant United States Attorney

Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

Dated:   January 7, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE